IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20293
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ALOYSIUS, also known as
Michael Amadi,

Defendant-Appellant.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-93-0250
- - - - - - - - - - -
February 2, 1996

Before JOHNSON, KING, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Michael Aloysius appeals from his judgment of conviction and the district court's denial of his motion for new trial. Aloysius argues that the search of his bedroom violated the Fourth Amendment's prohibition against unreasonable search and seizures, that the district court erred by refusing to suppress his oral statements to government agents after he was taken into custody, that government agents lacked reasonable suspicion to conduct a nonroutine border search of his briefcase at the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

airport, that the evidence was insufficient to support his convictions, that the district court abused its discretion by denying his motion for new trial based upon newly discovered evidence, that the district court abused its discretion by denying his motion for a continuance, that the district court's alleged racial comments against Nigerians constituted reversible error, that the district court erred by failing to instruct the jury on the definition of the term "willfully," and that the district court's reasonable-doubt instruction was in error. We have reviewed the record and find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.